OPINION — AG — **** PIPELINES — PUBLIC UTILITY — REGULATION — FEES **** TITLE 52 O.S. 1968 Supp., 5 [52-5], INCLUDES IN ITS REGULATION MUNICIPAL UTILITY TRUSTS MUNICIPALITIES. THE INSPECTION FEE PROVIDED FOR IN SECTION 5 IS NOT A TAX CONTEMPLATED BY OKLAHOMA CONSTITUTION, ARTICLE X, SECTION6, AND THE MUNICIPAL UTILITY TRUSTS AND MUNICIPALITIES ARE THEREFORE SUBJECT TO THE FEE (DAVID L. RUSSELL)